[No. 3978–II.  Division Two.  April 21, 1980.]

THE STATE OF WASHINGTON, *Respondent,* v. CLAYTON HARLEY, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 87011, James J. Dore, J., entered December 4, 1978. *Affirmed* by unpublished opinion per Petrie, J., concurred in by Reed, C.J., and Soule, J. Pro Tem.

[No. 6265–4–I.  Division One.  April 21, 1980.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL DUANE EARLS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 83387, James A. Noe, J., entered January 23, 1978. *Affirmed* by unpublished opinion per Dore, J., concurred in by James, A.C.J., and Ringold, J.

[No. 7074–6–I.  Division One.  April 21, 1980.]

THE STATE OF WASHINGTON, *Respondent,* v. LEWIS TAYLOR, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 86664, Stanley C. Soderland, J., entered October 12, 1978. *Affirmed* by unpublished opinion per Dore, J., concurred in by James, A.C.J., and Ringold, J.

[No. 7294–3–I.  Division One.  April 21, 1980.]

FEDERAL WAY SCHOOL DISTRICT No. 210, *Appellant,* v. KING COUNTY, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 837374, George H. Revelle, J., entered January 8, 1979. *Affirmed* by unpublished opinion per James, J., concurred in by Callow, C.J., and Dore, J.